IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RYAN K. ROZAK,

    Plaintiff,

v.

                                                  Case No. 15-CV-134

RANDALL HEPP, ET AL.,

    Defendants.

---

### ORDER GRANTING UNOPPOSED MOTION FOR ORDER TO CONDUCT BLOOD TESTING

THIS CAUSE is before the Court upon Plaintiff Ryan Rozak's Unopposed Motion to Conduct Blood Tests. The Court has carefully considered the Unopposed Motion and accordingly, it is ORDERED:

1. Plaintiff's blood shall be drawn for the purpose of testing for lead, copper, and arsenic within ten days of the date of this Order;

2. The blood tests shall be conducted at Plaintiff's expense; and

3. The results of the tests shall be shared with Defendants for the purposes of this litigation, and consistent with the previously entered HIPAA Qualified Protective Order and Agreed Confidentiality Order.

SO ORDERED.

Dated: February 7, 2017

                                                              /s/ James D. Peterson
                                                              James D. Peterson
                                                              U.S. District Judge